May Term, 1848.

THE STATE
v.
PAINE.

---

THE STATE *v.* PAINE—In error.

THE caption is no part of an indictment. It is the statement of the clerk in the record prefatory to the indictment. The indictment is that which the grand jury have found and returned into Court under oath. In the present case, the caption by the clerk closes by stating that "the following bill of indictment was returned into said Court endorsed 'a true bill' and signed *Alexander Little*, foreman of the grand jury" "to-wit:" Then follows a copy of the indictment commencing as follows:

"State of *Indiana*, *Hendricks* county, *Hendricks* Circuit Court, *October* term, 1846. The grand jurors for the state of *Indiana*, empanelled, sworn, and charged to inquire within and for the body of the county of *Hendricks* aforesaid, upon their oath present, that *John Paine*, late of said county, on the third day of *October*, in the year aforesaid," &c.

We think the words "*Hendricks* Circuit Court, *October* term, 1846" are a part of the indictment, and that the statement below "on the third day of *October*, in the year aforesaid" refers to those words, and charges the time of the commission of the offence with sufficient certainty.

The judgment is reversed. Cause remanded, &c.